In the Matter of EUGENE R. HURLEY, Appellant, against THOMAS S. CHESHIRE, as Board of Election of the County of Nassau, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

(Argued April 29, 1932; decided May 13, 1932.)

*Eugene R. Hurley* for appellant.

*Walter H. Pollak, Carl S. Stern* and *Raymond P. McNulty* for intervenor-respondent.

Order affirmed, with costs; no opinion. .

Concur: POUND, Ch. J., LEHMAN, O'BRIEN and HUBBS. JJ. Dissenting: CRANE, KELLOGG and CROUCH, JJ.